■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY BONES, Appellant. [922 NYS2d 219]—Appeal from an order

of the Monroe County Court (Frank P. Geraci, Jr., J.), entered January 25, 2010. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Centra, Peradotto, Gorski and Martoche, JJ.